Ex. & c. No. 1474. STATE *v.* JAMES B. VERRIER. Motion of defendant granted and cause and papers remanded to Superior Court, Kent County, for purpose of establishing truth of the transcript and bill of exceptions. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 1349. BARBARA M. BERBERIAN *v.* ARAM K. BER-BERIAN. Motion of appellant that his appeal be sustained for failure of appellee to file brief is denied. *Leo M. Cooney,* for petitioner-appellee. *Aram K. Berberian,* respondent-appellant, pro se.

APPEAL No. 1352. TOWN OF LINCOLN *v.* ARTHUR COURNOYER. Motion of appellee to dismiss appeal for failure of appellant to file brief is denied. *Harry W. Asquith,* Town Solicitor, for appellee. *Aram K. Berberian,* for appellant.

APPEAL No. 1447. TOWN OF GLOCESTER *v.* OLIVO'S MOBILE HOME COURT, INC. Motion of Wayne Cote for leave to file brief as amicus curiae is granted without permission to argue orally. *Bradley L. Steere,* Town Solicitor of Glocester, for plaintiff. *Louis A. Geremia,* for defendant. *Robert B. Corris,* for Wayne Cote.